CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, *v.* ST. LAWRENCE TEXTILE CORPORATION, Appellant and Third-Party Plaintiff-Appellant. SIDNEY L. ALBERT et al., Doing Business as L. ALBERT & SON, Third-Party Defendants-Respondents.

Submitted November 15, 1954; decided December 3, 1954.

Nat C. Helman and Martin B. Stecher for motion.

Nathan Tanen and Richard Nussbaum in opposition to motion for leave to appeal from order.

A. Donald Mackinnon in opposition to motion for leave to appeal from judgment.

Motion for leave to appeal, insofar as leave is sought from the judgment, denied, and, insofar as leave is sought from the order, dismissed for nonfinality, each with $10 costs and necessary printing disbursements.